EXHIBIT "B"

COPY OF ORIGINAL *MARIPOSA* ARTWORK BY DL WATSON



# EXHIBIT "B"

IMAGE SHOWING SEGMENT OF PAINTING COPIED

1 OF 4 COPIES BY KELLEYE KEEGAN                                    ORIGINAL BY DL WATSON




# EXHIBIT "B"

2 OF 4 COPIES CREATED BY KEEGAN

AS SHOWCASED



# EXHIBIT "B"

2 OF 4 COPIES CREATED BY KELLEY KEEGAN AND SHOWCASED

